UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No:

Reed Timmer,

        Plaintiff,

v.

My Perfect Project LLC,

        Defendant.

_____/

**APPEARANCE OF COUNSEL**

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

I am admitted or otherwise authorized to practice in this court, and I am appearing in this case as counsel for the Plaintiff Reed Timmer.

Dated: March 27, 2025

**SANDERS LAW GROUP**

By: */s/ Marian V. Quintero*
Marian V. Quintero, Esq.
Florida Bar No. 1040194
Email: mquintero@sanderslaw.group
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
*Attorneys for Plaintiff*