**EXHIBIT 2:** INFRINGEMENT# 1
URL: https://www.facebook.com/reel/773103304670069



**EXHIBIT 2:** INFRINGEMENT# 2

URL: https://www.instagram.com/reel/C2Pkr2bLcIE/?fbclid=IwAR0lkViomqqjQZvCm7-3613nDyv7UU4SHP2709nHv6jNat2D2r1LpSb1M4M



**EXHIBIT 2:** INFRINGEMENT #3

URL: https://www.instagram.com/p/C5ZFSNEsHC5/



**EXHIBIT 2:** INFRINGEMENT #4

URL: https://www.instagram.com/p/C5ZFSNEsHC5/

