**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 25-cv-21434-Moore**

**Reed Timmer,**
**Plaintiff,**
**v.**
**My Perfect Project LLC,**
**Defendant.**



## ANSWER TO COMPLAINT

**Introduction:**

We Are Your Licensed & Insured Certified Roofing Contractor and GC Contractor You Can Trust.

My Perfect Project is a family-owned business committed to offering a superior product at a fair price while providing exceptional customer service.

Since our establishment in 2020, we have proudly served our community, earning a solid reputation for honesty and top-quality workmanship.

What sets us apart is our unwavering dedication to addressing our customers' needs as our highest priority.

Our mission revolves around delivering quality service and achieving outstanding results.

**Responses to Allegations:**

1. **Allegation**: Reed Timmer created a video of tornado footage in Andover, KS, and owns the rights and licenses for various uses including online and print publications.

   o **Response**: We lack sufficient information to admit or deny this allegation. The aforementioned video was reposted by my Perfect Project on the public social media Instagram account. The video was shared by a public Instagram account called @BLACKCCCLLOUD and did not contain any restrictions to sharing, reposting, copyright disclosures or claims to ownership.

2. **Allegation**: My Perfect Project LLC is a licensed and certified roofing contractor and general contractor.

   o **Response**: We admit this allegation.

3. **Allegation**: My Perfect Project LLC owns and operates social media accounts on Facebook and Instagram known as "My Perfect Project LLC".

   o **Response**: We admit this allegation.

4. **Allegation**: My Perfect Project LLC utilizes its social media accounts to source new clients and build brand recognition.

   o **Response**: My Perfect Project LLC uses social media to inform, educate and reach potential clients for hurricane and storm protection products, government sponsored programs, roofing or impact windows.

5. **Allegation**: My Perfect Project LLC, without permission or authorization from Reed Timmer, copied and displayed the video on its social media accounts, engaging in this misconduct knowingly and in violation of United States copyright laws.

   o **Response**: We deny this allegation. The video in question was not the original video and had a watermark indicating the source as @blackccclloud on Instagram. It was

reposted freely with no restrictions placed from the original Instagram account and contained no ownership, patent or disclosure about copyrights. The reposted clip still was posted with the Instagram account watermark @Blackccclloud , giving credit to its original source in which My Perfect Project LLC shared it from.

6. **Allegation**: My Perfect Project LLC has not implemented adequate internal policies to verify copyright ownership before content use, indicating gross negligence in legal compliance.
   - ○ **Response**: We deny this allegation. My Perfect Project LLC ensures it's social media posts are not violating any Instagram policy's or partaking in infringement by not posting any advertisement or media containing business names, brands, ownership or copyrighted media. Posts are strictly reshares and reposted as publicly displayed media from Instagram and sources or original accounts are mentioned and tagged.

7. **Allegation**: My Perfect Project LLC's failure to adopt or effectively enforce internal copyright policies indicates willful infringements.
   - ○ **Response**: We deny this allegation. Upon receipt of the email from Mr. Reeds email regarding his video, matters where explained regarding the reposting of the video, it was removed from our account immediately and apologies were given for the inconvenience and it was stated that there was no intent of infringement and that we do not own or claim any rights to this video that was shared for public use by Instagram user  @blackccclloud

8. **Allegation**: My Perfect Project LLC displayed the video on its Facebook and Instagram accounts without license or permission, thereby infringing on Reed Timmer's copyrights.
   - ○ **Response**: We deny this allegation.  The video in question was not the original video and had a watermark indicating the source as @blackccccloud on Instagram

9. **Allegation**: My Perfect Project LLC's use of the video harmed the actual market for the video and, if widespread, would harm Reed Timmer's potential market for the video.
   - ○ **Response**: We deny this allegation. The video was already widespread and being shared amongst Instagram freely.

10. **Allegation**: Reed Timmer is entitled to an award of actual damages and disgorgement of all of My Perfect Project LLC's profits attributable to the infringements.
    - ○ **Response**: We deny this allegation. MY Perfect Project LLC account did not profit in any way, we did not gain any recognition or gain any new followers see EXHIBIT 5,6,7,8...38 to demonstrate no change in the social media account. The post was removed upon being informed by Mr.Reed and it did not generate any clients or followers.



**Exhibit 5: Screengrab of Instagram Account**



**Exhibit 6: Screengrab of Instagram Account**



**Exhibit 6: Screengrab of Instagram Account**



**Exhibit 7: Screengrab of Instagram Account**



**Exhibit 8: Screengrab of Instagram Account**



**Exhibit 9: Screengrab of Instagram Account**



**Exhibit 10: Screengrab of Instagram Account**



**Exhibit 11: Screengrab of Instagram Account**



**Exhibit 12: Screengrab of Instagram Account**



**Exhibit 13: Screengrab of Instagram Account**



**Exhibit 14: Screengrab of Instagram Account**



**Exhibit 15: Screengrab of Instagram Account**



**Exhibit 16: Screengrab of Instagram Account**



**Exhibit 17: Screengrab of Instagram Account**



**Exhibit 18: Screengrab of Instagram Account**



**Exhibit 19: Screengrab of Instagram Account**



**Exhibit 20: Screengrab of Instagram Account**



**Exhibit 21: Screengrab of Instagram Account**



**Exhibit 22: Screengrab of Instagram Account**



**Exhibit 23: Screengrab of Instagram Account**



**Exhibit 24: Screengrab of Instagram Account**



**Exhibit 25: Screengrab of Instagram Account**



**Exhibit 26: Screengrab of Instagram Account**



**Exhibit 27: Screengrab of Instagram Account**



**Exhibit 28: Screengrab of Instagram Account**



**Exhibit 29: Screengrab of Instagram Account**



**Exhibit 30: Screengrab of Instagram Account**



**Exhibit 31: Screengrab of Instagram Account**



**Exhibit 32: Screengrab of Instagram Account**



**Exhibit 33: Screengrab of Instagram Account**



**Exhibit 34: Screengrab of Instagram Account**



**Exhibit 35: Screengrab of Instagram Account**



**Exhibit 36: Screengrab of Instagram Account**



**Exhibit 37: Screengrab of Instagram Account**



**Exhibit 38: Screengrab of Instagram Account**

### Efforts by the Plaintiff:

The plaintiff, Reed Timmer, made an effort to address the defendant's infringing activity by sending a letter via counsel on February 28, 2024. This letter sought to address the complaints concerning the defendant's infringements of the plaintiff's rights-protected. Despite this effort, the parties failed to resolve the matter, and the plaintiff was forced to seek judicial intervention.

### Limited Communication:

The document mentions that the only communication from the plaintiff was the email referenced in **Exhibit 3.** This indicates that the plaintiff's efforts to resolve the issue were limited to this single email, which was addressed promptly by the defendant.

FOR ANY OTHER COMUNUCATION ON THIS MATTER PLEASE CONTACT:
 THE DEFENDANT
JOSE MEJIA
14383 SW 45TH TER.
MIAMI, FL 33175
JOSEM@MYPERFECTPROJECTLLC.COM
305-753-5345

**Eexhibit 4**

**Jose Mejia**
14383 SW 45th Terrace
Miami, FL 33175
Josem@myperfectprojectll.com
305-753-5345
**Date: May 3, 2025**

**Craig Sanders**
Sanders Law Group
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553

Dear Mr. Timmer and Mr. Sanders,

I am writing to express my sincere apologies for the unauthorized use of the video footage created by Mr. Reed Timmer. I acknowledge that the video was displayed on our social media accounts without proper permission or authorization, and I deeply regret any inconvenience or harm this may have caused.

As the owner of My Perfect Project LLC, I take full responsibility for this oversight and assure you that it was not intentional. We have taken immediate steps to remove the video from our accounts and are reviewing our internal policies to ensure that such an incident does not occur again in the future.

I understand the importance of respecting copyright laws and the rights of content creators. We are committed to resolving this matter amicably and are open to discussing any further actions that may be required to rectify the situation.

Once again, I apologize for any distress this may have caused and appreciate your understanding.

Sincerely,

Jose Mejia

Owner, My Perfect Project LLC

Case 1:25-cv-21434-KMM   Document 12   Entered on FLSD Docket 05/12/2025   Page 23 of 28

5/5/25, 12:32 PM                    Page 23 of 28          Jose Mejia Mail - Fwd: License Compliance Audit Letter to My Perfect Project llc (129639)

 **Gmail**

**EXHIBIT 3 Page 1**
jose Mejia <josem@myperfectprojectllc.com>
Page 22 of 28

---

## Fwd: License Compliance Audit Letter to My Perfect Project llc (129639)
2 messages

**Jose Mejia** <myperfectproject.llc@gmail.com>                          Mon, May 5, 2025 at 12:30 PM
To: josem@myperfectprojectllc.com

---------- Forwarded message ---------
From: **Audit** <audit@sanderslaw.group>
Date: Wed, Feb 28, 2024 at 2:34 AM
Subject: License Compliance Audit Letter to My Perfect Project llc (129639)
To: myperfectproject.llc@gmail.com <myperfectproject.llc@gmail.com>

Hello,

Please see the attached correspondence.

 **SANDERS**
·LAW GROUP·

Intellectual Property
Copyright Infringement
Trademark Infringement
Patent Infringement

**Audit Compliance Message**

**Email:** audit@sanderslaw.group

402 Earle Ovington Boulevard
Suite 402
Uniondale NY 11553
O: 516-203-7600
F: 516-282-7878

**www.sanderslaw.group**

---

 **Audit Letter (Case No. 129639).pdf**
280K

---

**Jose Mejia** <myperfectproject.llc@gmail.com>                          Mon, May 5, 2025 at 12:30 PM
To: "josem@myperfectprojectllc.com" <josem@myperfectprojectllc.com>

---------- Forwarded message ---------
From: **Jose Mejia** <myperfectproject.llc@gmail.com>
Date: Wed, Feb 28, 2024 at 6:02 PM
Subject: Re: License Compliance Audit Letter to My Perfect Project llc (129639)
To: Audit <audit@sanderslaw.group>

My Perfect Project LLC 13331 SW 132nd Ave. #2 Miami, FL 33186 myperfectproject.llc@gmail.com RE:
License Compliance Audit Case Reference Number: 129639
My sincere apologies to the author for the inconvenience cause of a friendly download from IG posted by Blackoutsblog
account as you could see the video was uploaded with no restriction of use on his blog, you will be able to see the origin
of the video if you zoom of the  picture of the screenshot on my FB page

**EXHIBIT 3 Page  2**



Jose Mejia Mail - Fwd: License Compliance Audit Letter to My Perfect Project llc (129639)

Again my apologies for the inconvenience

[Quoted text hidden]

**EXHIBIT 3 Page 3**

# EXHIBIT 3 Page 4

 SANDERS
· LAW GROUP ·

333 EARLE OVINGTON BOULEVARD, SUITE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

February 28, 2024

**Via Email**
My Perfect Project LLC
13331 SW 132nd Ave. #2
Miami, FL 33186
myperfectproject.llc@gmail.com

      RE:     **License Compliance Audit**
                  **Case Reference Number: 129639**

To Whom It May Concern:

      We are the attorneys for Reed Timmer. Our client has requested us to perform a license compliance audit for the copyrighted material published on your associated social media account www.facebook.com. A license compliance audit is typically conducted to review a company's or individual's use of an image and/or copyrighted material in question. To further pursue the compliance audit, below please find proof of the copyrighted material referenced herein, including proof of the unlicensed use as it appears on your Facebook account. This information will assist you in compiling your licensing history.

      Reed Timmer values the artistic merit of his work, and is devoted to protecting the rights embodied within his work, as well as the protectable rights associated with our client's affiliates and contributing artists. To conclude this compliance audit, please provide us with the necessary information concerning your license, including, but not limited to, (i) sales order, (ii) invoice number, and/or (iii) other pertinent license information. Upon confirmation that this information is valid, our office will update our records and consider this audit complete. If a third party licensed the copyrighted material, (i.e., advertising agency or web designer), kindly provide our firm with the third party's contact information, along with a copy of any invoice in your possession pertaining to the copyrighted material.

      We thank you for your assistance in concluding this compliance audit. If you believe you have received this letter by mistake, or have questions after reading this letter, please contact our office at (516) 203-7600 or email us at info@sanderslaw.group. Please remember to include your company name and case reference number.

                                     Sincerely yours,

                                     SANDERS LAW GROUP

# EXHIBIT 3 Page 5

 **SANDERS**
· LAW GROUP ·

Page 2

### Copyrighted Material Owned by Reed Timmer
### Video #1 of 1

<u>Video Description</u>: Drone footage captured a Tornado destroying Kansas town.
<u>Date of First Publication</u>: April 29, 2022
<u>Date of Registration</u>: June 3, 2022
<u>Copyright Registration No</u>: PA 2-360-287



# EXHIBIT 3 Page 6

 SANDERS
· LAW GROUP ·

Page 3

## Proof of Usage
## Screengrab #1 of 1

Web Page URL: https://www.facebook.com/reel/773103304670069



February 28, 2024 - 129639