UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CONSOLIDATED CASES UNDER CASE NO.: 1:25-cv-21434-KMM

Reed Timmer,

        Plaintiff,

v.

My Perfect Project LLC and
YourInsuranceClaim.com LLC,

        Defendants.

_____/

## MOTION TO STRIKE

Plaintiff REED TIMMER ("Timmer") by and through his undersigned counsel, hereby files this Motion to Strike Defendant's Answer (D.E. 12) to the Complaint, and states as follows:

1. Timmer filed his Complaint against Defendant MY PERFECT PROJECT LLC ("Perfect Project") on March 27, 2025. (D.E. 1).

2. Perfect Project was served on April 21, 2025. (D.E. 10).

3. The deadline for Perfect Project to respond is May 12, 2025. *Id.*

4. On May 12, 2025, an individual who is not an attorney named Jose Mejia filed documents with this Court purporting to answer the Complaint. (D.E. 12).

5. The documents filed by Jose Mejia should be stricken because the defendant is a Florida Limited Liability Company and, as such, is required to be presented by counsel and cannot be represented *pro se* by a corporate representative. *See*, e.g., *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985).

6. Perfect Project's responses should be stricken.

WHEREFORE, Plaintiff REED TIMMER requests that Defendant Perfect Project's

Answer (D.E. 12) be stricken, and for such other and further relief deemed equitable or necessary.

DATED: May 13, 2025

**SANDERS LAW GROUP**

By: */s/ Marian V. Quintero*
Marian V. Quintero, Esq.
Florida Bar No. 1040194
Email: mquintero@sanderslaw.group
Craig Sanders, Esq.
Florida Bar No. 985786
Email: csanders@sanderslaw.group
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600

*Attorneys for Plaintiff*