UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CONSOLIDATED CASES UNDER CASE NO.: 1:25-cv-21434-KMM

Reed Timmer,

        Plaintiff,

v.

My Perfect Project LLC and
YourInsuranceClaim.com LLC,

        Defendants.

_____/

**[PROPOSED] ORDER GRANTING
PLAINTIFF'S MOTION TO STRIKE**

THIS CAUSE having come before the Court on Plaintiff's Motion to Strike, and the Court having reviewed the Motion, the record, and being otherwise duly advised in the premises, it is hereby:

**ORDERED AND ADJUGED** that the Motion is **GRANTED**. The Defendant's Answer to the Complaint (D.E. 12) is stricken.

**DONE AND ORDERED** in Chambers at Miami, Florida this \_\_\_ day of May, 2025.

                                                         _____

                                                         KEVIN MICHAEL MOORE
                                                         United States District Judge

Copies furnished to:

Counsel of Record