FILED BY __MC__ D.C.

JUN 10 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Reed Timmer

Plaintiff(s)

VS

My Perfect Project LLC

c/o Mejia, Jose F

14383 SW 45th Terrace

Miami, FL. 33175

Defendant(s)

Civil Action No. 25-cv-21434-Moore

# Motion for Extension of Time:

**notice of appearance in this action and an answer to Plaintiff's Complaint on or before June 13, 2025.**

I'm requesting a 30-date extension, to set notice of appearance in this action and an answer to the Plaintiff's Complaint on or before July 13, 2025.

We are working toward a resolution and need more time.

See **EXHIBIT 39** Email communication

Jose Mejia    6/10/2025
My Perfect Project LLC
14383 SW 45th Terr.
Miami, FL. 33175
Josem@myperfectprojectll.com
305-753-5345



jose Mejia <josem@myperfectprojectllc.com>

---

## RE: Reed Timmer v. My Perfect Project LLC
3 messages

---

**Marian Quintero** <mquintero@sanderslaw.group>　　　　　　　　　　　　　　Mon, May 12, 2025 at 4:37 PM
To: "josem@myperfectprojectllc.com" <josem@myperfectprojectllc.com>

Good afternoon Mr. Mejia,

My name is Marian Quintero, and I represent Reed Timmer is his copyright infringement case against your company. We have received your letter and appreciate your efforts in removing the video. However, even though the video has been removed, please be aware that you are still liable for copyright infringement. Please provide us with the dates on which the image was posted and when it was taken down.

On a separate note, please provide complete copy of your insurance policy. Pursuant to Florida Statute Section 627.4137, we are entitled to receive this document to understand the scope and limits of the liability coverage.

Best,


Marian V. Quintero, Esq.

**SANDERS LAW GROUP**

333 Earle Ovington Boulevard | Suite 402 | Uniondale, NY 11553

Phone: 516.203.7647

Fax: 516.282.7878

Email: mquintero@sanderslaw.group


CONFIDENTIALITY NOTICE: THIS E-MAIL MESSAGE IS INTENDED FOR THE SOLE USE OF THE INTENDED RECIPIENT(S) AND MAY CONTAIN ATTORNEY-CLIENT PRIVILEGED, ATTORNEY WORK PRODUCT PROTECTED, COMMON INTEREST PRIVILEGED, AND/OR OTHER CONFIDENTIAL INFORMATION.  ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE, OR DISTRIBUTION OF THIS MESSAGE AND/OR ITS ATTACHMENTS IS PROHIBITED. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS MESSAGE, PLEASE CONTACT THE SENDER BY REPLY E-MAIL (OR OTHER IMMEDIATE MEANS) AND DESTROY ALL COPIES OF THE ORIGINAL MESSAGE AND ITS ATTACHMENTS, IF ANY. THANK YOU.

---

**Marian Quintero** <mquintero@sanderslaw.group>　　　　　　　　　　　　　　Thu, May 15, 2025 at 11:45 AM
To: "josem@myperfectprojectllc.com" <josem@myperfectprojectllc.com>
Cc: Laura Costigan <lcostigan@sanderslaw.group>

Good afternoon,

As a courtesy, I am forwarding the court's rejection of your answer below. You may choose to retain an attorney, or we can work toward a resolution before the deadline imposed by the court. Please advise.

Best,

Marian V. Quintero, Esq.

**SANDERS LAW GROUP**

333 Earle Ovington Boulevard | Suite 402 | Uniondale, NY 11553

Phone: 516.203.7647

Fax: 516.282.7878

Email: mquintero@sanderslaw.group

CONFIDENTIALITY NOTICE: THIS E-MAIL MESSAGE IS INTENDED FOR THE SOLE USE OF THE INTENDED RECIPIENT(S) AND MAY CONTAIN ATTORNEY-CLIENT PRIVILEGED, ATTORNEY WORK PRODUCT PROTECTED, COMMON INTEREST PRIVILEGED, AND/OR OTHER CONFIDENTIAL INFORMATION. ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE, OR DISTRIBUTION OF THIS MESSAGE AND/OR ITS ATTACHMENTS IS PROHIBITED. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS MESSAGE, PLEASE CONTACT THE SENDER BY REPLY E-MAIL (OR OTHER IMMEDIATE MEANS) AND DESTROY ALL COPIES OF THE ORIGINAL MESSAGE AND ITS ATTACHMENTS, IF ANY. THANK YOU.

**From:** cmecfautosender@flsd.uscourts.gov cmecfautosender@flsd.uscourts.gov
**Sent:** Wednesday, May 14, 2025 1:09 PM
**To:** flsd_cmecf_notice@flsd.uscourts.gov
**Subject:** Activity in Case 1:25-cv-21434-KMM Timmer v. My Perfect Project LLC Order on Motion to Strike

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** **Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

**Southern District of Florida**

**Notice of Electronic Filing**

The following transaction was entered on 5/14/2025 at 1:09 PM EDT and filed on 5/14/2025

**Case Name:**   Timmer v. My Perfect Project LLC

**Case Number:**   1:25-cv-21434-KMM

**Filer:**

Document Number: 14(No document attached)

Docket Text:
PAPERLESS ORDER STRIKING ANSWER TO COMPLAINT. THIS CAUSE is before the Court upon Plaintiff's Motion to Strike (the "Motion") [13] and Defendant's Answer to Complaint (the "Answer") [12]. In the Motion, Plaintiff argues that the Answer on behalf of Defendant My Perfect Project LLC, which was filed by Jose Mejia, an individual, should be stricken because Defendant "is a Florida Limited Liability Company and, as such, is required to be represented by counsel and cannot be represented pro se by a corporate representative." [13] at 1.

Under federal law, a corporation cannot appear in federal court pro se and must be represented by counsel. See Rowland v. California Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194, 201-02 (1993) ("It has been the law for the better part of two centuries... that a corporation may appear in the federal courts only through licensed counsel."); Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385-86 (11th Cir. 1985) ("The rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear pro se, and must be represented by counsel." (citations omitted)).

Here, no attorney has appeared in this case as counsel of record for Defendant, and Defendant cannot appear in federal court pro se. Thus, Defendant's pro se filing is improper. Accordingly, UPON CONSIDERATION of the Motion, the Answer, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that Plaintiff's Motion [13] is GRANTED, and Defendant's Answer [12] is STRICKEN. The Clerk is directed to STRIKE (ECF No. [12]). Defendant My Perfect Project LLC is directed to retain counsel and have that counsel file a notice of appearance in this action and an answer to Plaintiff's Complaint on or before June 13, 2025. Signed by Judge K. Michael Moore on 5/14/2025. (ss01)

1:25-cv-21434-KMM Notice has been electronically mailed to:

Craig B Sanders    csanders@sanderslaw.group, ecf@sanderslaw.group, ecf-fl@sanderslaw.group

Marian V. Quintero    mquintero@sanderslaw.group

1:25-cv-21434-KMM Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:

[Quoted text hidden]

---

**jose Mejia** <josem@myperfectprojectllc.com>      Tue, May 27, 2025 at 3:57 PM
To: Marian Quintero <mquintero@sanderslaw.group>
Cc: Laura Costigan <lcostigan@sanderslaw.group>

Good Afternoon Mrs. Quintero.
 I really appreciate you contacting me about the court rejection of my answers to your demand, by now i do believe you know that both of the account the Instagram & Facebook are
dead with only few followers and deffor not a threat to any market or social media, besides we have never written any business or been contacted through any of the social media accounts.

I will really appreciate it if Mr. Reed Timmer withdraws the lawsuit and forgive me for my action, like you said. Let's work together to reach a resolution before the deadline imposed by the court.
Please advise I'm open for conference telephone conversation, video call or any other means of communication.

in the attached file the information you request about the date of post and removal of the post

Jose Mejia
Project Manager
My Perfect Project LLC
305-753-5345
josem@myperfectprojectllc.com



## TOTAL SATISFACTION GUARANTEED

[Quoted text hidden]

📎 **Post and removal dates letter.pdf**
65K

Reed Timmer

---

          Plaintiff(s)

            VS

My Perfect Project LLC

c/o Mejia, Jose F

14383 SW 45th Terrace

Miami, FL. 33175

---

          Defendant(s)

Civil Action No. 25-cv-21434-Moore

Answer your Email date May,12 regarding the date of the posted of the video and the date it was taken down. To answer your question to best of my knowledge video was posted on **January 18, 2024,** and was taken down right after you contacting me with the License Compliance Audit Letter on Wednesday, February 28, at 2:34 AM (Not Knowing Time Zone ) and on that same date **February 28, 2024** at 6:02 PM (Easter Time) I Email you back. Apologizing and advising of the removal of the post from both accounts, FB and IG.

As far as a copy of our insurance policy I deeply regrets to inform you that we are not insured, despite all our marketing efforts the company fail to take off, so I decided not to go age with the license and insurance. Even though we still exist as a company we are no longer pursuing the roofing or windows industry.

Jose F Mejia

My Perfect Project LLC.

May 27, 2025